— Appeal from a judgment (denominated order) of the Supreme Court, Oneida County (Samuel D. Hester, J.), entered August 22, 2016. The judgment granted the motion of defendants-respondents for partial summary judgment.
 

 It is hereby ordered that the judgment so appealed from is unanimously modified on the law by granting judgment in favor of defendants-respondents as follows:
 

 It is adjudged and declared that plaintiff is not entitled to recover from defendants-respondents any amounts exceeding the “reinsurance accepted” amount set forth in item 4 of the relevant reinsurance certificates, and as modified the judgment is affirmed without costs.
 

 Memorandum: Plaintiff commenced this action seeking, inter alia, judgment declaring the rights and obligations of the parties with respect to reinsurance policies issued by defendants to plaintiff. We conclude that, for reasons stated in its decision, Supreme Court properly granted the motion of defendants-respondents seeking partial summary judgment. The court erred, however, in failing to declare the rights of the parties, and we therefore modify the judgment by making the requisite declaration (see Maurizzio v Lumbermens Mut. Cas. Co., 73 NY2d 951, 954 [1989]).
 

 Present — Whalen, P.J., Peradotto, Lindley, NeMoyer and Curran, JJ.